UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GENE R. BABCOCK, JR.<br><br>    Plaintiff,<br><br>  v.<br><br>SHERIFF JEFF C. CONNOR, MICHAEL L. HARE, SR., BRANDON D. REICHARDT, JORDAN E. GRIFFIN, DEPUTY MILLER, HUGHES LOCHARD, RACHELLE BRAUN, and ADVANCED CORRECTIONAL HEALTHCARE,<br><br>    Defendants. | Case No. 21-cv-268-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having settled others,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

- On Count 1 of the Complaint, a Fourteenth Amendment claim for denial of medical care, in favor of defendants Brandon D. Reichardt, Jordan E. Griffin (a/k/a Jordan E. Huber), Deputy Miller, and Rachelle Braun and against plaintiff Gene R. Babcock, Jr.; and

- On Count 2 of the Complaint, a Fourteenth Amendment claim for an unofficial policy, custom, or practice of withholding medical care from detainees, in favor of Sheriff Jeff C. Connor and against plaintiff Gene R. Babcock, Jr.;

and that the foregoing claims are dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 1 of the Amended Complaint, a Fourteenth Amendment claim for denial of medical care against defendants Michael L. Hare and Advance Correctional Healthcare, is dismissed with prejudice and without costs; and

2

IT IS FURTHER ORDERED AND ADJUDGED that all claims in the Complaint against defendant Dr. Hughes Lockard are dismissed without prejudice and without costs.

**DATED:  November 18, 2024**

               **MONICA A. STUMP, Clerk of Court**

               **s/Tina Gray, Deputy Clerk**

**Approved:** s/ J. Phil Gilbert
      **J. PHIL GILBERT**
      **DISTRICT JUDGE**